UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
MAR 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
3-1-18

Jose Alvarez
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Dept.
1. CPD Officer Arroyo, R
2. CPD Officer Ohlson, A E
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:18-cv-01549
Judge John Robert Blakey
Magistrate Judge Michael T. Mason
PC-5

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Jose Alvarez

B. List all aliases: _____

C. Prisoner identification number: 20170629164

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 CHI, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police Department

Title: _____

Place of Employment: _____

B. Defendant: ARROYO, R

Title: Chicago Police Officer

Place of Employment: 2750 W. 15th ST District 10

C. Defendant: OHLSON, AE

Title: Chicago Police Officer

Place of Employment: 2750 W. 15th ST District 10

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: CASE NO. 17C023, CASE NO. 17 C0866

B. Approximate date of filing lawsuit: DONT REMEMBER

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JOSE ALVAREZ

D. List all defendants: TOM DART, ET al, NURSE WRIGHT

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: JUDGE ELAINE E. BUCKLO

G. Basic claim made: FAILURE TO PROTECT, MEDICAL NEGLECT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: DONT KNOW

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. ON SEPTEMBER 13th 2016 ON THE AM shift, I was scheduled to see a Podiatrist at Mount Sinai Hospital to be approved For Surgery.

2. On a prior occasion at this hospital I FILED a grievance on their security guard staff, I was Identified by one of the guards and Escorted outside the Hospital.

3. While waiting in the parking lot area, Two Chicago Police Officers, Officers one Arroyo, R Officer Two Ohlson, AE, came up from behind me lifted up the wheelchair that I was in, so I fell to the ground face first, then got on my back with a knee, then they forcibly snatch me turning me over pulling and

grabing, taking off all my clothes, they stripped me naked in broad day light.

4. I remember urinating on my self, when they were on my back I stated that I have no control over my blader, due to my spinal cord injury I'id parapalegic.

5. After taking off my clothes they turned me back over and handcuffed me, all the while I was asking? what did I do; why are you doing this to me? I was told to shut up, and cursed at me.

6. Sometime had passed, the paramedics came, put me on a board before putting me in an ambulance and transported me to the police station.

7. While at the police station I was put in a cell for 48 hours, I ask for medical attention on the first day, I did not received a mattress nor any medication, as well refused to give

5

ME A CATHITER, THEY FAILED TO FOLLOW THE MEDICAL PROCEDURES. (CAUSED TO URINE ON SELF)

8. ON THE SECOND DAY I WAS TRANSPORTED TO hospital where I RECEIVED All My MEDICAL supplys. AFTER laying IN URINE all NIGHT.

9. THE INCIDENT WAS CAPTURED ON THE POLICE OFFICERS BODY CAM, IS VERY graphic to how I WAS ABUSED AND MISTREATED.

I WAS MISTREATED AND HUMILIATED, INJURED. Exposed TO THE Element NAKED GENITALS AND ANUS were EXPOSED. I. N WAS IN EXCRUCIATING PAIN, DENIED Appropriate MEDICAL ATTENTION, AND IN FEAR FOR MY SAFTEY

5

Revised 9/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THE TWO DEFENDANTS ARE BEING SUED IN INDIVIDUAL AND OFFICAL @ CAPASITIES. I WANT APUNITIVE AND COMPENSATORY DAMAGE FROM EACH AND All DEFENDANTS

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of FEBURY, 20 18

_Jose Alvarez_
(Signature of plaintiff or plaintiffs)

Jose Alvarez
(Print name)

2017062964
(I.D. Number)

COOK COUNTY JAIL
P.O. BOX 089002, CHI, Ill 60608
(Address)

6

Revised 9/2007

FROM: JOSE ALVAREZ
#20170629164
P.O. BOX 089002
Chi, ILL, 60608

1:18-cv-01549
Judge John Robert Blakey
Magistrate Judge Michael T. Mason
PC-5

RECEIVED
MAR 01 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: PRISONERS CORRESPONDENT
CLERKS OFFICE OF THE
UNITED STATES DISTRICT OF
ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN
Chicago ILL, 60604

03/01/2018-8